Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7825
jcollins@jshfirm.com

Attorneys for Defendant Target Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Griffith, a single man, | NO. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| Target Stores, Inc., a Minnesota corporation, | |
| Defendant. | |

Defendant Target Stores, Inc., by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about September 4, 2019, this action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa under the caption *Robert Griffith v. Target Stores, Inc., et al*.  Copies of the initial pleadings are attached hereto as Exhibit A.  Defendant was served by process on November 27, 2019.

2. Target Stores, Inc. is a Minnesota Corporation with its principal place of business in Minneapolis, Minnesota.  According to the Complaint, Plaintiffs are residents and citizens of Maricopa County, Arizona.

3. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states.

8182112.1

While Plaintiff's Complaint does not specify precise damages claimed, Plaintiff has undergone a second surgery procedure which was disclosed on January 23, 2020, and, since that date, Plaintiff's counsel disclosed that the current medical specials are approximately $30,000 and the amount in controversy exceeds $75,000. Based upon this information, the amount in controversy exceeds the jurisdictional limits for diversity jurisdiction. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

4. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

5. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendant Target Stores, Inc. respectfully requests that this action be removed to this Court.

DATED this 28th day of January 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Jefferson T. Collins
    Jefferson T. Collins
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant Target Stores, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Kathy Kleinschmidt