# EXHIBIT A

**In the Superior Court of the State of Arizona**

**In and For the County of** Maricopa

Case Number CV2019-008829

# CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney Sara Siesco

Attorney Bar Number 027803

Is Interpreter Needed? ☐ Yes  ☒ No

If yes, what language(s):

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Robert Griffith | 8927 E. Carlton Avenue Mesa, AZ 85208 | 480-635-6980 | rg09051983@gmail.com |

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Target Stores, Inc., a Minnesota corporation

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT:** Any case category that has an asterisk (*) **MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "**X**" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____    ☐ Tier 1    ☒ Tier 2    ☐ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any **case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*

☐ 103 Wrongful Death*

Case No. CV2019-008829

## 110 TORT NON-MOTOR VEHICLE:

- [ ] 111 Negligence*
- [ ] 112 Product Liability – Asbestos*
- [ ] 112 Product Liability – Tobacco*
- [ ] 112 Product Liability – Toxic/Other*
- [ ] 113 Intentional Tort*
- [ ] 114 Property Damage*
- [ ] 115 Legal Malpractice*
- [ ] 115 Malpractice – Other professional*
- [x] 117 Premises Liability*
- [ ] 118 Slander/Libel/Defamation*
- [ ] 116 Other (Specify) _____ *

## 120 MEDICAL MALPRACTICE:

- [ ] 121 Physician M.D.*
- [ ] 122 Physician D.O*
- [ ] 123 Hospital*
- [ ] 124 Other*

## 130 & 197 CONTRACTS:

- [ ] 131 Account (Open or Stated)*
- [ ] 132 Promissory Note*
- [ ] 133 Foreclosure*
- [ ] 138 Buyer-Plaintiff*
- [ ] 139 Fraud*
- [ ] 134 Other Contract (i.e. Breach of Contract)*
- [ ] 135 Excess Proceeds-Sale*
- [ ] Construction Defects (Residential/Commercial)*
  - [ ] 136 Six to Nineteen Structures*
  - [ ] 137 Twenty or More Structures*
- [ ] 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- [ ] 156 Eminent Domain/Condemnation*
- [ ] 151 Eviction Actions (Forcible and Special Detainers)*
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment

- [ ] 158 Quiet Title*
- [ ] 160 Forfeiture*
- [ ] 175 Election Challenge
- [ ] 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)*
- [ ] 187 Real Property *
- [ ] Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- [ ] Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other*
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)*
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain– Light Rail Only*
- [ ] 177 Interpleader– Automobile Only*
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute- Discrimination*

☐ 185 Employment Dispute-Other*
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate

☐ 163 Other* _____
(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge
☐ Employer Sanction              ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____
_____

**Additional Defendant(s):**

_____
_____

Sara A. Siesco (027803)
Adrienne R. Jones (033184)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
ssiesco@azpremiseslaw.com
ajones@azpremiseslaw.com

Attorneys for Plaintiff

**SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY**

| | |
|---|---|
| Robert Griffith, a single man;<br><br>Plaintiff;<br>v.<br><br>Target Stores, Inc., a Minnesota corporation;<br><br>Defendant. | NO. CV2019-008829<br><br>**SUMMONS**<br><br>If you would like legal advice from a lawyer, contact the Lawyer Referral Service at<br>602-257-4434<br>or<br>www.maricopalawyers.org<br>Sponsored by the<br>Maricopa County Bar Association |

**TO DEFENDANT(S):** Target Stores, Inc.

You are hereby summoned and required to appear and defend in the above entitled action in the above entitled court within TWENTY DAYS exclusive of the day of service after service of this summons upon you if served within the State of Arizona, and within THIRTY DAYS exclusive of the day of service if served without the State of Arizona, and you are hereby notified that in case you fail so to do, judgment by default will be rendered against you for the relief demanded in the complaint.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by party needing accommodation or his/her counsel at least THREE (3) JUDICIAL DAYS in advance of a scheduled court proceeding. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing

the interpreter and/or translator or his/her counsel at least TEN (10) JUDICIAL DAYS in advance of a scheduled court proceeding.

The name and address of the attorneys for the Plaintiff is:

>Sara Siesco
>Adrienne R. Jones
>**JONES | RACZKOWSKI PC**
>2141 East Camelback Road, Suite 100
>Phoenix, Arizona 85016-4723

GIVEN UNDER MY HAND and the seal of the Superior Court of the State of Arizona in and for said County this date:

JEFF FINE

Clerk of the Superior Court 

By 

Deputy Clerk

Sara A. Siesco (027803)
Adrienne R. Jones (033184)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787  Fax (602) 840-0425
ssiesco@azpremiseslaw.com
ajones@azpremiseslaw.com

Attorneys for Plaintiff



COPY

SEP -4 2019

CLERK OF THE SUPERIOR COURT
K. NORTON
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| Robert Griffith, a single man; | NO. CV2019-008829 |
| Plaintiff; | COMPLAINT |
| v. | (Tort; Non-Motor Vehicle) |
| Target Stores, Inc., a Minnesota corporation; | |
| Defendant. | |

Plaintiff Robert Griffith alleges:

1. Plaintiff Robert Griffith is a resident of Maricopa County, Arizona.

2. Defendant Target Stores, Inc. is a Minnesota corporation that caused an event to occur in Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

3. Specifically, Defendant Target Stores, Inc. owned, possessed, operated, and managed the retail store premises commonly known as "Target" located at 1525 S. Power Rd. in Mesa, Maricopa County, Arizona on September 12, 2018.

4. The actions, omissions, and conduct giving rise to this cause of action occurred in Maricopa County, Arizona, and this Court has subject matter and

personal jurisdiction. Venue is appropriate in Maricopa County pursuant to A.R.S. §12-401.

5. Defendant Target Stores, Inc., as the owner, possessor, operator, and manager of the retail store premises commonly known as "Target" located at 1525 South Power Road in Mesa, Maricopa County, Arizona on September 12, 2018, had an affirmative duty to maintain the premises in reasonably safe condition as to invitees and delegation of that duty does not relieve Defendant from their affirmative duty.

6. On September 12, 2018, at Defendant Target Stores, Inc.'s retail premises commonly known as "Target" located at 1525 South Power Road in Mesa, Maricopa County, Arizona, Plaintiff Robert Griffith, a disabled man in a wheel chair, was injured as a direct and proximate result of an unreasonably dangerous condition, specifically an unstable dining room chair display stocked at the edge of an elevated merchandise shelf, as to which Defendant Target Stores, Inc. created, had actual or constructive notice, or was otherwise negligent in allowing to be present on the premises.

7. Specifically, on September 12, 2018, a dining room chair display fell from a merchandise shelf striking Plaintiff Robert Griffith in the back causing him to fall out of his wheelchair and onto the ground. As a result, Plaintiff sustained injuries including but not limited to right elbow injuries requiring surgical repair and right knee injuries.

8. Plaintiff has incurred health care expenses for treatment of the injuries caused by Defendant's negligence, and Plaintiff may continue to incur such expenses.

2

9. Plaintiff has experienced pain, discomfort, suffering, annoyance, mental and emotional distress, loss of enjoyment of life, and other types of general damage because of the injuries caused by Defendant's negligence, and Plaintiff may continue to experience such general damages in the future; the exact amount of Plaintiff's general damages is undetermined, but in excess of the jurisdictional minimum of this Court.

10. Plaintiff further alleges his total claimed damages qualify this matter as a Tier 2 case pursuant to Rule 8(b)(2) and Rule 26.2(c) of the Arizona Rules of Civil Procedure.

WHEREFORE, Plaintiff requests judgment against Defendant for reasonable compensatory damages in excess of this Court's jurisdictional minimum, taxable costs, and all other appropriate relief.

DATED this 4th day of September, 2019.

JONES | RACZKOWSKI PC

By Sara Siesco
Adrienne R. Jones
Attorneys for Plaintiff



SEP - 4 2019
CLERK OF THE SUPERIOR COURT
K. NORTON
DEPUTY CLERK

Sara Siesco (027803)
Adrienne R. Jones (033184)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
ssiesco@azpremiseslaw.com
ajones@azpremiseslaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| Robert Griffith, a single man;<br><br>Plaintiff;<br><br>v.<br><br>Target Stores, Inc., a Minnesota corporation;<br><br>Defendant. | NO. CV2019-008929<br><br>**CERTIFICATE OF NON-COMPULSORY ARBITRATION**<br><br>(Tort; Non-Motor Vehicle) |

The undersigned certifies the largest award sought by the Plaintiff, including punitive damages, but excluding interest, attorneys' fees and costs *does* exceed the limits set by Local Rule for compulsory arbitration, and certifies this case *is not* subject to compulsory arbitration as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this 4th day of September, 2019.

JONES | RACZKOWSKI PC

By Sara Siesco
Adrienne R. Jones
Attorneys for Plaintiff

1 | Original filed; Copy hand-delivered
2 | this __4__ day of September, 2019, to:
3 |
4 | Court Administration
  | **MARICOPA COUNTY SUPERIOR COURT**
5 | 201 West Jefferson - 4th Floor
  | Phoenix, Arizona 85003
6 |
7 | By: _[signature]_

Clerk of the Superior Court
\*\*\* Electronically Filed \*\*\*
T. Hays, Deputy
12/12/2019 1:10:00 PM
Filing ID 11181217

Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-7346
Fax:  (602) 200-7825
jcollins@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant Target Stores, Inc.

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| ROBERT GRIFFITH, a single man,<br><br>                                    Plaintiff,<br><br>     v.<br><br>TARGET STORES, INC., a Minnesota corporation,<br><br>                                    Defendants. | NO. CV2019-008829<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>(Assigned to the Honorable Sherry Stephens) |

Defendant Target Stores, Inc. ("Answering Defendant"), by and through undersigned counsel and for its Answer to Plaintiff's Complaint, admits, denies and alleges as follows:

1. Answering Defendant admits the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. In response to paragraph 2 of Plaintiff's Complaint, this Answering Defendant admits that it is a Minnesota corporation doing business in Maricopa County, Arizona.  This Answering Defendant denies the remaining allegations contained in paragraph 2 of Plaintiff's Complaint.

3. Answering Defendant admits the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. In response to paragraph 4 of Plaintiff's Complaint, this Answering Defendant admits that this Court has subject matter personal jurisdiction and that venue is appropriate. This Answering Defendant denies the remaining allegations contained in paragraph 4 of Plaintiff's Complaint.

5. In response to paragraph 5 of Plaintiff's Complaint this Answering Defendant admits that it owes its business invitees a duty to warn them of, or remedy, unreasonably dangerous conditions on the premises of which has notice. This Answering Defendant denies the remaining allegations contained in paragraph 5 of Plaintiff's Complaint.

6. In response to paragraph 6 of Plaintiff's Complaint, this Answering Defendant admits that Plaintiff was present on its premises at 1525 South Power Road in Mesa, Maricopa County, Arizona on September 12, 2018. This Answering Defendant denies the remaining allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Answering Defendant denies the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Answering Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Answering Defendant denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. Answering Defendant admits the allegations contained in paragraph 10 of Plaintiff's Complaint.

## **AFFIRMATIVE DEFENSES**

This Answering Defendant asserts the following affirmative defenses:

11. As and for a separate defense and in the alternative, this Answering Defendant alleges that the Complaint fails to state a claim upon which relief may be granted against this Answering Defendant.

12. As and for a separate defense and in the alternative, this Answering Defendant alleges that Plaintiff was contributorily negligent and/or that any injuries received by Plaintiff was the result of an intervening/superseding cause or through the negligence of someone other than this Answering Defendant, all of which bars recovery to Plaintiff herein from this Answering Defendant.

13. As and for a separate defense and in the alternative, this Answering Defendant alleges that Plaintiff was negligent in whole or in part thereby reducing or eliminating any damage owing by this Answering Defendant by way of the doctrine of comparative negligence.

14. Although this Answering Defendant does not presently have specific facts in support of the remaining defenses, it wishes to put counsel for Plaintiff upon notice that they hereby raise the following defenses which, through subsequent discovery, may indeed be supported by the facts: assumption of risk, statute of limitations, insufficiency of process and insufficiency of service of process and failure to mitigate damages.

15. As and for a separate defense, and in the alternative, this Answering Defendant alleges that it did not have notice of the allegedly dangerous condition as set forth in Plaintiff's Complaint, thereby reducing or eliminating any assessment of fault against this Answering Defendant. Additionally, the incident was not the result of an unreasonably dangerous condition.

WHEREFORE, having fully answered the Complaint, this Answering Defendant requests that judgment be entered in its favor as follows:

1. Dismissing the Complaint;

2. Awarding this Answering Defendant its taxable costs; and

3. Awarding this Answering Defendant such other and further relief as this Court deems just and proper.

| | |
|---|---|
| 1 | DATED this 12th day of December 2019. |
| 2 | JONES, SKELTON & HOCHULI, P.L.C. |
| 4 | By /s/ Jefferson T. Collins |
| 5 | Jefferson T. Collins<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004 |
| 6 | Attorneys for Defendant Target Stores, Inc. |

ORIGINAL of the foregoing electronically filed this 12th day of December 2019.

COPY of the foregoing mailed/e-mailed this 12th day of December 2019, to:

Sara A. Siesco
Adrienne R. Jones
JONES I RACZKOWSKI PC
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016
Attorneys for Plaintiff

/s/ Kathy Kleinschmidt

8087627.1

4