# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Griffith, | No. CV 20-00203 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Target Stores Incorporated, a Minnesota corporation, | |
| Defendant. | |

All of the parties to this matter have consented to the exercise of magistrate judge jurisdiction over the matter, including the entry of final judgment.

Pursuant to the notice of settlement at ECF No. 24,

**IT IS ORDERED that** this matter is **dismissed with prejudice**, with each party to bear its own attorneys' fees and costs.

Dated this 17th day of December, 2020.

Camille D. Bibles
United States Magistrate Judge